UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY ANDERSON SALAMANCA ORJUELA,

          Petitioner,

    v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,

          Respondents.

No.  1:26-cv-1885-DC-CKD P

ORDER

Petitioner Henry Anderson Salamanca Orjuela is detained by Immigration and Customs Enforcement and proceeds without counsel. On March 9, 2026, Mery Salamanca Orjuela signed and filed a petition attempting to seek a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on petitioner's behalf. (ECF No. 1.) However, the petition was not signed by Henry Anderson Salamanca Orjuela, the real party in interest.

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). A petition for a writ of habeas corpus must be in writing and "signed and verified by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242. Mery Salamanca Orjuela cannot pursue relief on petitioner's behalf because the petition lacks an adequate explanation why petitioner cannot appear on his own behalf to prosecute the action. See Whitmore v. Arkansas, 495 U.S. 149, 163

1

(1990); Wilson v. Dixon, 256 F.2d 536, 537 (9th Cir. 1958). The fact that petitioner is detained is not an adequate reason.

The court is unable to consider the arguments presented in the petition unless petitioner Henry Anderson Salamanca Orjuela signs and re-files the petition.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to send petitioner Henry Anderson Salamanca Orjuela a copy of the petition filed on March 9, 2026 (ECF No. 1).

2.  Within 30 days from the date of this order, Henry Anderson Salamanca Orjuela shall file a signed petition.

3.  Petitioner is cautioned that failure to file a signed petition will result in a recommendation that this case be dismissed.

Dated:  March 12, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 orju1885.r11

2