UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ANDERSON SALAMANCA-ORJUELA, (A221-032-453),<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | No.  1:26-cv-01885-DC-CKD<br><br><br>FINDINGS & RECOMMENDATIONS |

Petitioner has been detained by U.S. Immigration and Customs Enforcement ("ICE") since February 4, 2026.  On March 9, 2026, Petitioner, through his sister, Mery Matallan, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1. The matter was referred the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 7, 2026, presumably in response to the undersigned's order for Petitioner to submit a signed motion, Petitioner filed another petition for writ of habeas corpus and a motion for immediate release. Orjuela v. Warden, 1:26-cv-03540-DC-CKD ("Orjuela II"). Upon receiving notice of related case (ECF No. 12), the district judge referred both matters to the undersigned. ECF No. 13. The undersigned has made findings and recommendations related to the habeas petition in Orjuela II, rendering the petition in this matter moot.

1

Accordingly, IT IS HEREBY RECOMMENDED that Petitioner's writ of habeas corpus in the instant matter be DISMISSED and that the Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3 Orju-I-1885.imm.fnr

2